UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

```
_____      )
                                         )
BERTIN N. NOUTCHANG,                     )
 A29 696 111                             )
 3013 Calverton Blvd.                    )
Silver Springs, MD 20904                 )
                                         )
                                         )
              Plaintiff,                 )   NO. 06cv0521
                                         )
                                         )
                                         )
                                         )
Michael Chertoff, Secretary,             )
Department of Homeland Security          )
Washington, D.C. 20528, et al.           )
                                         )
                                         )
              Defendants.                )
                                         )
_____      )
```

**AFFIDAVIT OF SERVICE**

    I, Regina Y. Kane, hereby declare that on the 9th of April 2007, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Alberto Gonzales, Attorney General of the United States. Attached hereto is the green card acknowledging service.

_____
Regina Y. Kane
Law Office of Regina Y. Kane
1629 K Street, NW Suite 302
Washington, D.C. 20036
202 349-3971 Office
District of Columbia Bar No. 486128

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto R. Gonzales
U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garrett L Parker_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 1 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0000 9999 5172

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Case 1:07-cv-00576-RCL    Document 4-2    Filed 04/28/2007    Page 1 of 1