UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTIN N. NOUTCHANG,<br>A29 696 111<br>3013 Calverton Blvd.<br>Silver Springs, MD 20904<br><br>      Plaintiff,<br><br><br>Michael Chertoff, Secretary,<br>Department of Homeland Security<br>Washington, D.C. 20528, *et al.*<br><br>      Defendants. | NO. 06cv0521 |

**AFFIDAVIT OF SERVICE**

I, Regina Y. Kane, hereby declare that on the 9th of April 2007, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Jeffrey A. Taylor, U.S. Attorney. Attached hereto is the green card acknowledging service.

 

_____
Regina Y. Kane
Law Office of Regina Y. Kane
1629 K Street, NW Suite 302
Washington, D.C. 20036
202 349-3971 Office
District of Columbia Bar No. 486128

