UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTIN N. NOUTCHANG,<br>A29 696 111<br>3013 Calverton Blvd.<br>Silver Springs, MD 20904<br><br>          Plaintiff,<br><br><br>Michael Chertoff, Secretary,<br>Department of Homeland Security<br>Washington, D.C. 20528, *et al.*<br><br>          Defendants. | NO. 06cv0521 |

**AFFIDAVIT OF SERVICE**

I, Regina Y. Kane, hereby declare that on the 9th of April 2007, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Emilio Gonzales, Director, U.S. Citizenship and Immigration Services. Attached hereto is the green card acknowledging service.

_____
Regina Y. Kane
Law Office of Regina Y. Kane
1629 K Street, NW Suite 302
Washington, D.C. 20036
202 349-3971 Office
District of Columbia Bar No. 486128

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br>Emilio Gonzales<br>U.S Citizenship and Immigration Services<br>425 I Street, NW<br>Washington, D.C.<br>20536 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0000 9999 5226 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Returned without signature