UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTIN N. NOUTCHANG,<br>A29 696 111<br>3013 Calverton Blvd.<br>Silver Springs, MD 20904<br><br>               Plaintiff,<br><br>Michael Chertoff, Secretary,<br>Department of Homeland Security<br>Washington, D.C. 20528, *et al.*<br><br>               Defendants. | NO. 07cv0576 |

## AFFIDAVIT OF SERVICE

I, Regina Y. Kane, hereby declare that on the 9th of April 2007, I mailed a copy of the Summons and Complaint, certified mail return receipt requested, to Michael Chertoff, Secretary, Department of Homeland Security. Attached hereto is the green card acknowledging service.

*/s/ Regina Y. Kane*
Regina Y. Kane
Law Office of Regina Y. Kane
1629 K Street, NW Suite 302
Washington, D.C. 20036
202 349-3971 Office
District of Columbia Bar No. 486128

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Chertoff, Secretary
Department of Homeland
Security
Washington, D.C.
Northeast 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 3 0 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0000 9999 5233

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540