UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BERTIN N. NOUTCHANG,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary,<br>United States Department of Homeland Security,<br>et al.,<br><br>                Defendants. | No. 1:07cv00576 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned action.

Dated: June 18, 2007          Respectfully submitted,


                                  /s/ Robin M. Meriweather
                        ROBIN M. MERIWEATHER, D.C. Bar # 490114
                        Assistant United States Attorney
                        555 Fourth St., N.W.
                        Washington, D.C.  20530
                        Phone: (202) 514-7198
                        Fax: (202) 514-8780
                        Robin.Meriweather2@usdoj.gov