UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERTIN N. NOUTCHANG,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL CHERTOFF, Secretary,** )<br>**United States Department of Homeland** )<br>**Security,** *et al.*, )<br>)<br>**Defendants.** )<br>) | Civil Action No. 07-576 (RCL) |

## ORDER

Upon consideration of defendants' unopposed Motion [8] to Dismiss or Transfer for Improper Venue, it is hereby

ORDERED, that defendants' Motion to Dismiss is hereby GRANTED; and it is further

ORDERED, that the above-captioned matter be and is hereby DISMISSED for improper venue.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 10, 2007.